UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case No. 1:07-CR-177

v.                                                 Hon. Richard Alan Enslen

JACALYN LOUISE MUNRO,

        Defendant.

_____/

### ORDER REVOKING BOND

Defendant is currently on bond pending sentencing on a charge of conspiracy to distribute methamphetamine. On December 19, 2007, the government filed a motion to revoke defendant's bond (docket no. 61) pursuant to 18 U.S.C. § 3148. A show cause hearing was scheduled for December 27, 2007, at which time defendant failed to appear. A bench warrant was issued on January 2, 2008, and defendant was apprehended on March 10, 2008. The motion has been referred to the undersigned for disposition. The defendant waived a hearing on this motion in open court this date, in the presence of her attorney.

Based upon the violations of the conditions of bond as described in the government's motion, the court finds that there is clear and convincing evidence that defendant has violated her conditions of release and that she is unlikely to abide by any such similar conditions of release in the future. *See* 18 U.S.C. § 3148(b)(1)(B) and (2)(B).

Accordingly, the motion to revoke bond is GRANTED and defendant is ordered detained pending trial in this matter. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated:  March 11, 2008                               /s/ Hugh W. Brenneman, Jr.
                                                    HUGH W. BRENNEMAN, JR.
                                                    United States Magistrate Judge